1 William D. Hyslop
United States Attorney
2 Eastern District of Washington
Michael D. Murphy
3 Assistant United States Attorney
4 402 E. Yakima Avenue, Suite 210
Yakima, Washington 98901
5 Telephone: (509) 454-4425

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 16 2020

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | 2:20-CR-116-RMP |
|---|---|
| Plaintiff, | INDICTMENT |
| v. | Vio.: 21 U.S.C. §§ 841(a)(1), (b)(1)(E)(i), 846 |
| JESSE FREDERICK DRACH, | Conspiracy to Distribute Controlled Substances |
| Defendant. | 21 U.S.C. § 853<br>Forfeiture Allegations |

The Grand Jury charges:

Beginning on or about February 17, 2018 and continuing until on or about February 20, 2020, in the Eastern District of Washington, the Defendant, JESSE FREDERICK DRACH, knowingly and intentionally combined, conspired, confederated and agreed together with other persons known and unknown, to commit the following offense: distribution of a mixture or substance containing a detectable amount of anabolic steroids, Schedule III controlled substances, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(E)(i); all in violation of 21 U.S.C. § 846.

INDICTMENT                          1

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 846, as alleged in this Indictment, the Defendant, JESSE FREDERICK DRACH, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense.

If any forfeitable property, as a result of any act or omission of the Defendant:

    (a) cannot be located upon the exercise of due diligence;
    (b) has been transferred or sold to, or deposited with, a third party;
    (c) has been placed beyond the jurisdiction of the court;
    (d) has been substantially diminished in value; or
    (e) has been commingled with other property which cannot be divided without difficulty;

INDICTMENT      2

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this 15 day of September, 2020.

William D. Hyslop
United States Attorney

Michael D. Murphy
Assistant United States Attorney

INDICTMENT                                                3